Argued and submitted June 12, affirmed July 23, 1997

James A. CHARLES,
*Appellant,*
*and*

Dianna L. ARGETSINGER,
*Respondent.*

(94-0893; CA A93884)

942 P2d 890

William N. Kent filed the brief for appellant.

Kirsten L. Jepsen argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

In this domestic relations case, father appeals the award of custody of their minor child to mother, the imposition of supervised visitation and the calculation of child support. We write only to discuss the issue of child support. Mother concedes the trial court erred in its award because it failed to consider father's support obligation for his two non-joint children. The error was not called to the attention of the trial court and we decline to correct it.

Affirmed. Costs to mother.